UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DORAL BANK,<br><br>                       Plaintiff<br><br>         v.<br><br>BANK OF AMERICA N.A., *et al*.,<br><br>                       Defendants. | No. 1:18-cv-01540 |

**NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the Federal Deposit Insurance Corporation as Receiver for Doral Bank (FDIC-R Doral") with prejudice and dismissed certain claims asserted by the FDIC-R Doral without prejudice;

WHEREAS the FDIC-R Doral seeks to withdraw its claims:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the FDIC-R Doral, by and through its undersigned attorneys, hereby withdraws and dismisses all claims in the above-captioned action against Defendants Bank of America, N.A.; Barclays Bank plc; British Bankers' Association; BBA Enterprises Ltd.; BBA Trent Ltd. (F.K.A. BBA Libor Ltd.); Coöperatieve Rabobank UA (F.K.A. Coöperatieve Centrale Raiffeisen-Boerenleenbank, B.A.); Credit Suisse AG; Credit Suisse International (F.K.A. Credit Suisse First Boston International); Deutsche

#93319656v3

Bank AG; HSBC Bank plc; JPMorgan Chase Bank, N.A.; Bank of Scotland plc; Lloyds Banking Group plc; Lloyds Bank plc (F.K.A. Lloyds TSB Bank plc); Société Générale; The Norinchukin Bank; Royal Bank of Canada; The Royal Bank of Scotland plc; MUFG Bank Ltd. (F.K.A. The Bank of Tokyo-Mitsubishi UFJ Ltd.); UBS AG; and Portigon AG (F.K.A. WestLB) (collectively, "Defendants") without prejudice; provided that, if the FDIC-R Doral were to reassert any claims that have been previously dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior dismissal that the FDIC-R Doral may have.  Defendants reserve the right to oppose any such appeal or reconsideration request.

 Dated:  June 24, 2020                                   Respectfully submitted,

                                                                         ZELLE LLP

                                                                         By:   */s/ James R. Martin*
                                                                                  James R. Martin
                                                                                  Jennifer Duncan Hackett
                                                                                  1775 Pennsylvania Avenue, NW
                                                                                  Washington, DC  20006
                                                                                  202-899-4101

                                                 *Attorneys for the FDIC-R Doral*