UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DORAL BANK,<br><br>       Plaintiff<br><br>   v.<br><br>BANK OF AMERICA N.A., *et al.*,<br><br>       Defendants. | No. 1:18-cv-01540 |

**STIPULATION OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Federal Deposit Insurance Corporation as Receiver for Doral Bank ("FDIC-R Doral"), and Defendant Citibank, N.A. ("Answering Defendant"), by and through their undersigned attorneys, hereby stipulate to the dismissal of the claims against the Answering Defendant in the above-captioned multi-district litigation ("MDL") subject to the following terms:

   1.  The FDIC-R Doral withdraws and dismisses the claims against the Answering Defendant in the MDL, without prejudice; provided that, if the FDIC-R Doral were to reassert any claims that have been dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior dismissal that the FDIC-R Doral may have. Answering Defendant reserves the right to oppose any such appeal or reconsideration request.

2. The FDIC-R Doral and Answering Defendant shall bear their own costs and attorneys' fees in connection with this litigation.

3. The FDIC-R Doral reserves all rights to make claims as a class member in any future class settlements in the MDL as appropriate.

| | |
|---|---|
| Dated:  June 24, 2020 | Respectfully submitted, |

| | |
|---|---|
| Andrew A Ruffino<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>Benjamin L. Cavataro<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>awiseman@cov.com<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com<br>bcavataro@cov.com | James R. Martin<br>Jennifer Duncan Hackett<br>ZELLE LLP<br>1775 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-899-4101<br><br>*Attorneys for the FDIC-R Doral* |

/s/ Lev Dassin

Lev Dassin
Jonathan S. Kolodner
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
ldassin@cgsh.com
jkolodner@cgsh.com

*Attorneys for Defendant Citibank, N.A.*


Dated:  June 19, 2020                                           Respectfully submitted,

*[signature: Andrew A. Ruffino]*

| | |
|---|---|
| Andrew A Ruffino<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>Jamie A. Heine<br>Benjamin L. Cavataro<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>awiseman@cov.com<br>tisaacson@cov.com<br>alazerow@cov.com<br>jheine@cov.com<br>bcavataro@cov.com<br><br>Lev Dassin<br>Jonathan S. Kolodner<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>ldassin@cgsh.com<br>jkolodner@cgsh.com<br><br>*Attorneys for Defendant Citibank, N.A.* | James R. Martin<br>Jennifer Duncan Hackett<br>ZELLE LLP<br>1775 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-899-4101<br><br>*Attorneys for the FDIC-R Doral* |

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DORAL BANK,<br><br>        Plaintiff<br><br>    v.<br><br>BANK OF AMERICA N.A., *et al.*,<br><br>        Defendants. | No. 1:18-cv-01540 |

**ORDER OF DISMISSAL**

This matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

WHEREAS this Court previously dismissed certain claims asserted by Plaintiff the Federal Deposit Insurance Corporation as Receiver for Doral ("FDIC-R Doral") with prejudice and dismissed certain claims asserted by the FDIC-R Doral without prejudice;

WHEREAS the FDIC-R Doral seeks to withdraw its claims:

1. The above-captioned action in the above-captioned multi-district litigation ("MDL") is dismissed without prejudice; provided that, if the FDIC-R Doral were to reassert any claims that have been dismissed by this Court with prejudice, those claims shall remain dismissed with prejudice, subject to any right to appeal or to seek reconsideration of the prior

2

dismissal that the FDIC-R Doral may have.  Answering Defendant reserves the right to oppose any such appeal or reconsideration request, and

      2.      The FDIC-R Doral and Answering Defendant shall bear their own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

_____                            June \_\_\_, 2020
NAOMI REICE BUCHWALD
United States District Judge

2